# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MOHAMED SHAHID SAYED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OKLAHOMA CITY HOUSING )<br>AUTHORITY, )<br>)<br>Defendant. ) | Case No. CIV-25-00836-JD |

## ORDER

On July 28, 2025, Plaintiff Mohamed Shahid Sayed filed this action and a motion for leave to proceed in forma pauperis [Doc. Nos. 1, 2]. On July 28, 2025, the Court referred the motion to United States Magistrate Judge Mitchell in accordance with 28 U.S.C. § 636. [Doc. No. 5].

Judge Mitchell entered a Report and Recommendation finding that Mr. Sayed had enough funds to pay the $405.00 filing fee and recommending that the Court deny Mr. Sayed's motion to proceed without payment of the fee. [Doc. No. 6]. The Report and Recommendation also recommended that the action be dismissed without prejudice unless Mr. Sayed paid the $405.00 filing fee within twenty-one days of any order adopting the Report and Recommendation. [*Id.* at 3–4]. The Report and Recommendation gave Mr. Sayed until August 13, 2025, to file an objection to the recommendation. [*Id.* at 4].

On August 13, 2025, the Court received the $405.00 filing fee payment from Mr. Sayed. [*See* Docket Entry dated August 13, 2025]. Considering Mr. Sayed's payment and

the fact that he did not file any objection, the Court accepts the Report and Recommendation [Doc. No. 6] and denies his motion to proceed in forma pauperis [Doc. No. 2] as moot. The filing fee requirement has been satisfied by Mr. Sayed.

IT IS SO ORDERED this 19th day of August 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE